James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
DUMAS & ASSOCIATES
3435 Wilshire Blvd., Suite 990
Los Angeles, California 90010
Phone:   213-368-5000
Fax:       213-368-5009

Attorneys for Chapter 7 Trustee,
Carolyn A. Dye

**FILED & ENTERED**

**SEP 15 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY egarcia    DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In re

FREMONT INVESTMENT HOLDINGS, INC.,

Debtor.

Case No. 2:11-bk-31045-DS

Chapter 7

**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES SUBJECT TO HIGHER AND BETTER OFFERS, AND APPROVING OVERBIDDING PROCEDURES**

Date:    September 9, 2014
Time:    10:30 a.m.
Place:   Courtroom 1339
         Roybal Federal Building
         255 E. Temple Street
         Los Angeles, CA 90012

On September 9, 2014, the hearing on the Chapter 7 Trustee, Carolyn A. Dye's ("Trustee") Motion for Order Authorizing Sale of Property of the Estate Free and Clear of Liens and Encumbrances Subject to Higher and Better Offer, and Approving Overbidding Procedures ("Motion") came on for hearing before the Honorable Deborah Saltzman. Christian T. Kim appeared on behalf of the Trustee. Having considered the Motion, and no oppositions having

ORDER GRANTING TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS AND ENCUMBRANCES SUBJECT TO HIGHER AND BETTER OFFERS, AND APPROVING OVERBIDDING PROCEDURES; DECLARATION OF CAROLYN A. DYE IN SUPPORT THEREOF                                                                                                                PAGE 1

been filed and no overbidders appearing or bidding, and for the reasons stated in the Court's tentative ruling and on the record and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Trustee is authorized to sell to buyer, Joey Ball, ("Buyer") for the total sale price of Five Thousand Dollars ($5,000), the judgments referenced in the Motion and described as:

   a. A default judgment against Robert Gray in the amount of $46,000 entered on August 5, 2013 in Carolyn A. Dye v. Robert Gray (2:13-ap-01479-PC);

   b. A default judgment against Fabio Perez in the amount of $30,400 entered on August 5, 2013 in Carolyn A. Dye v. Fabio Perez (2:13-ap-01481-PC); and

   c. A stipulated judgment against Patton Door Service, Inc. and Patton Enterprises, Inc. in the amount of $48,633.17 entered on September 23, 2013 in Carolyn A. Dye v. Patton Door Service, Inc., et. al. (2:13-ap-01482-PC).

3. Trustee is further authorized to execute any and all documents as may be reasonable and necessary to consummate the proposed sale.

4. The sale shall be free and clear of all liens, encumbrances, claims, and other interest of any kind whatsoever, within the meaning of 11 U.S.C. §363(f).

5. The 14 day stay on enforcement of this order is waived pursuant to Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

6. The Court finds that the Buyer is a good faith purchaser under 11 U.S.C. §363(m).

###

Date: September 15, 2014

Deborah J. Saltzman
United States Bankruptcy Judge